# EXHIBIT AA



# Neighborhood Grill & Bar

# "WORKING TOGETHER GUIDELINES"

FOR OUR

## NEW YORK
TEAM

Doherty Enterprises, Inc.
7 Pearl Court
Allendale, NJ 07401
(201) 818-4669

September 2000

# TABLE OF CONTENTS

FORWARD.................................................................................................... 1
WELCOME, WE'RE GLAD YOU'RE HERE!............................................... 2
COMPANY HISTORY.................................................................................. 2
THE APPLEBEE'S STORY........................................................................... 3
BENEFITS TO BRAG ABOUT!.................................................................... 3
    TRAINING, PROMOTIONS FROM WITHIN, KEY EMPLOYEES........ 3
    EMPLOYEE MEALS, BREAKS, AND MEAL DISCOUNTS................. 3
    DINING OFF DUTY.............................................................................. 4
    EMPLOYEE OF THE MONTH............................................................. 4
    EMPLOYEE OF THE YEAR.................................................................. 4
    MEETINGS............................................................................................ 4
    PERFORMANCE EVALUATIONS....................................................... 4
    PAY INCREASES.................................................................................. 4
    DIRECT DEPOSIT OF PAYCHECK..................................................... 4
    HOLIDAYS............................................................................................ 4
    401(k) PROFIT SHARING AND SAVINGS PLAN................................ 5
    HEALTH CARE BENEFITS.................................................................. 5
    VACATION PAY ELIGIBILITY............................................................ 5
    TRANSFERS.......................................................................................... 5
    LEAVE OF ABSENCE........................................................................... 5
    LEAVE UNDER THE FAMILY AND MEDICAL LEAVE ACT OF 1993..... 5
    PERSONAL LEAVE FOR JURY DUTY OR BEREAVEMENT TIME........ 5
    WORKERS' COMPENSATION............................................................ 6
    BULLETIN BOARDS............................................................................ 6
    CREDIT UNION................................................................................... 6
    DISCOUNT LONG DISTANCE TELEPHONE SERVICE.................. 6
    REFERRAL BONUS.............................................................................. 6
    APPLE B.Y.T.E. .................................................................................... 6

THE WAY WE WORK TOGETHER.............................................................. 6
    INTRODUCTORY PERIOD.................................................................. 6
    DRUG-FREE AND SUBSTANCE ABUSE FREE WORK ENVIRONMENT..... 6
    SCHEDULE, OVERTIME, ARRIVAL AND DEPARTURE................. 7
    ILLNESS AND TARDINESS................................................................ 7
    LEAVING OUR EMPLOY, REHIRE..................................................... 7
    PAY DAYS AND PAY CHECKS........................................................... 7
    CHANGES TO PERSONAL INFORMATION.................................... 8
    RATES OF PAY..................................................................................... 8
    FAIR TREATMENT.............................................................................. 8
    HARASSMENT, INCLUDING SEXUAL HARASSMENT................. 8
    EQUAL EMPLOYMENT OPPORTUNITY......................................... 9
    AGE REQUIREMENTS........................................................................ 9
    TEAMWORK......................................................................................... 9
    PERSONAL CONDUCT...................................................................... 9

RULES OF THE ROAD................................................................................. 9
    CHEWING GUM.................................................................................. 9
    VISITORS AND PERSONAL TELEPHONE CALLS.......................... 9
    CELLULAR TELEPHONES AND BEEPERS..................................... 10
    PERSONAL PROPERTY...................................................................... 10
    PARKING............................................................................................. 10
    EATING, DRINKING, OR SMOKING............................................... 10
    CLEANLINESS..................................................................................... 10
    CONFIDENTIALITY............................................................................ 10
    SOLICITATION.................................................................................... 10

OUR CODE OF CONDUCT.................................................................................... 10
SAFETY................................................................................................................ 11
    FIRST AID EMERGENCIES.............................................................. 11
    FIRE PROTECTION........................................................................... 11
    CRIME................................................................................................ 11

"WOW-ING" OUR GUESTS!............................................................................... 11
    GUEST COMPLAINTS...................................................................... 11
    TELEPHONE AND GUEST COURTESY......................................... 12
    LIQUOR LIABILITY.......................................................................... 12
    LOST & FOUND................................................................................ 12
    GUEST DRESS CODE....................................................................... 12

APPEARANCE AND GROOMING STANDARDS............................................. 12
    FRONT OF THE HOUSE.................................................................. 12
    BACK OF THE HOUSE.................................................................... 13

A FEW CLOSING WORDS................................................................................. 14

FORMS FOR YOUR PERSONNEL FILE........................................................... 15
    EMPLOYEE HANDBOOK RECEIPT FORM................................... 15
    ORIENTATION CHECKLIST........................................................... Attached
    ESR (THREE-IN-ONE) FORM.......................................................... Attached
    UNIFORM AGREEMENT.................................................................. Attached
    VOLUNTARY TIP SHARING AGREEMENT................................... Attached
    DIRECT DEPOSIT............................................................................. Attached
    MY SCHEDULE................................................................................ Attached

# FORWARD

The policies set forth in this handbook may be changed by Doherty Enterprises, Inc., at any time, for any reason, without consulting anyone, with or without notice to the employees.

There is no promise of any kind by Doherty Enterprises, Inc. in this manual. Nothing in this handbook is intended to constitute an employment contract, that is, a promise to employ you for a particular period of time, and all employees are employed at the will of Doherty Enterprises, Inc.

Nothing in this handbook is intended to create an employment relationship for any definite time, nor shall anything in this handbook be interpreted as a waiver by Doherty Enterprises, Inc. Of it's rights to terminate any employee at any time, with or without cause. You may also terminate your employment with us at any time.

Employment is governed only by the terms of the company employment policies that are currently in effect. No person other than the President of Doherty Enterprises, Inc. has the authority to make representations to the contrary.

## "WELCOME, WE'RE GLAD YOU'RE HERE"

As a new member of the Doherty Enterprises Team, you may have many questions for us and about your job. This is a "Way We Work" Guide to help you understand many of our benefits, policies, and procedures. You will receive a training manual with information about your position, and you can always ask a manager who will be able to answer many of your questions. Our goal is to help you become a successful member of the Applebee's and Doherty Enterprises team!

## COMPANY HISTORY

Doherty Enterprises is an operator of franchise restaurants and currently operates Applebee's Neighborhood Grill & Bar Restaurants in New Jersey and on Long Island as well as Wendy's Restaurants in New York and Connecticut. In 1999, we added a third restaurant concept, Chevys Fresh Mex. Ed Doherty opened his first Applebee's in Piscataway in 1993 and currently operates several Applebee's in New Jersey and Long Island.

Our Vision is:
   "To Be The Best Food Service Company In The Tri-State Area"

Our Mission is to:
   WOW! Every Guest, Every Time!
   WOW! Our People
   WOW! Our Community
   WOW! Our Suppliers
   WOW! Our Sales & Profit Budgets

Our Plan is to:

   "Create The Doherty Difference With Our Passion For Service Excellence"
   - Maintain A Performance Driven Culture
   - Work Together As A Team
   - Develop Leaders At All Levels
   - Follow Our Seven Employment Promises
   - Be Part Of Our Community

We are committed to exceeding the guest expectations every day. We want our guests to say "WOW" when they enter and when they leave our restaurants every time. We believe it is the reason for our success!

We measure our objectives every day through using several tools: Mystery Shoppers, Guest Surveys, Comment Cards, and Operations Reviews. But most of all we measure our objectives through daily communications with management and staff. Delivery is the key to the success of the concept.

Remember:

## "WOW" EVERY GUEST EVERY TIME!!!

## THE APPLEBEE'S STORY

Applebee's has become a leader in the casual dining segment since it's beginnings in 1980 when William and T.J. Palmer founded the concept in Atlanta. They called it T.J. Applebee's Edibles & Elixirs", with the goal of offering their guests a friendly neighborhood atmosphere – "a place people could call their own". The Palmers sold the concept to W.R. Grace & Co in 1985. This began the concepts' nationwide expansion, primarily through franchising. In 1986, a name change to Applebee's Neighborhood Grill & Bar still reflected the original vision of a friendly place offering value and good service.

Two of the original franchisees of the Kansas City market, Abe Gustin and John Hamra, wanted to carry that vision even further. They formed Applebee's International, Inc, in 1988, acquired substantially all of the assets of the franchiser, and began expanding the system. They recognized the market was ripe for a restaurant concept that offered high quality, moderately priced food and beverage with full service in a casual setting. Applebee's Neighborhood Grill & Bar is the world's largest casual dining restaurant with over 1,200 restaurants throughout the U.S. and abroad.

You are now part of the team that is making "Applebee's America's favorite Neighbor". Welcome to the Neighborhood!

## BENEFITS TO BRAG ABOUT!

### TRAINING
You will participate in a detailed 5-day training program and receive training materials to help you be successful in your job. Your on-the-job training will be conducted by "our best", a Certified Trainer who will train you for your position. Considerable time and expense are spent on educating our trainers to effectively prepare all new employees.

The same pride has been taken in developing our high quality training materials. Materials are reviewed and updated on a regular basis to reflect the most current restaurant information and procedures. During your orientation and training program, we will ask you to complete the duties and procedures assigned to you. This will help you establish yourself as a knowledgeable and productive member of our staff.

Applebee's rewards exceptional job performance and promotes from within. If you are interested in opportunities as a certified trainer or management trainee, please talk to your manager. If you have any questions or concerns during your training, feel free to talk to your Department Manager or General Manager, we take pride in our open door policy.

### KEY EMPLOYEE POSITION
This position provides additional support for your store's operations. The goal is to provide additional management coverage on key shifts, additional support in productivity and training, and guide all staff to follow and execute all Applebee's specs 100%. If you are interested in learning more about this position, please ask your manager.

### EMPLOYEE MEALS AND BREAKS
We provide servers, service assistants, hosts, hostesses, bartenders and kitchen employees half off the regular menu price for a meal during a scheduled shift. A server or bartender must ring up your meal for you, and it is to be consumed at a table or space in the restaurant assigned for meal breaks. The Manager On Duty will assign breaks according to the business needs of the restaurant. Break times vary by state regulations, please check with your manager for this information.

## DINING OFF-DUTY
Do you want to be "WOW-ed?" We encourage you to experience another one of our Applebee's franchises in New York. Check with your manager for a list of our locations and you will receive a 30% discount on the food portion of your bill up to a party of four. Please follow these simple guidelines: you must be out of uniform, dine a minimum of two hours after the end of your shift, allow a Host/Hostess to seat you/your party at a table and be served by a staff member. You may not sit at the bar or table in the bar area (disciplinary action might result in this action!), or appear to be "hanging-out". Alcoholic beverages may be consumed in conjunction with a meal, only, if you are of legal age.

## EMPLOYEE OF THE MONTH
Each month your restaurant will recognize one hourly employee as an Employee of the Month. This selection is based on job performance, attitude, appearance, and attendance. Other factors that are considered include cleanliness of workstation, waste prevention, and job knowledge. The honored Employee of the Month receives a $50.00 cash award, Dinner for Two certificate, congratulatory letter, and his/or her name displayed on the Employee of the Month Plaque. Each Employee of the Month is then eligible for the Employee of the Year Award.

## EMPLOYEE OF THE YEAR
The Employee of the Year is chosen from the twelve Employees of the Month. An Employee of the Year is awarded $250, congratulatory letter, Certificate of Achievement signed by the Owner and Vice President of Operations, and has his/or her name engraved in the center of the Employee of the Month Plaque for that calendar year.

## MEETINGS
Meetings are held at the restaurant on a regular basis. These meetings are beneficial in keeping you updated on new policies, roll out of the new menu items, training procedures and upcoming events. You will be paid for attending these meetings. Remember, meetings are a required part of your job responsibilities and your attendance is required.

## PERFORMANCE EVALUATIONS
All employees participate in the Performance Improvement Process (PIP) conducted twice a year. The PIP is intended to increase communication and understanding of individual performance. Both you and your management team will evaluate your performance in nine categories, some of which include reliability, guest service, fun, team player, and initiative. Your supervisor will schedule time with you to discuss the "Management Consensus" rating and your rating. During your evaluation, disagreements on individual ratings may happen and any unresolved ratings will be determined by the Management Consensus rating. Feel free to ask your manager to show you a sample form!

## PAY INCREASES
Depending upon your position, you may be eligible for an increase in your hourly rate, which is reviewed annually. Increases depend upon your PIP score, competitive rates in the local market and wage and hour guidelines established by the company.

## DIRECT DEPOSIT
We are please to offer this terrific benefit! Save time by having your check automatically deposited into the account of your choice! See your manager for an authorization form.

## HOLIDAYS
To allow you time to spend with your family and friends, we are closed for business on Thanksgiving Day and Christmas Day, traditional national holidays. The observance of other holidays varies according to individual restaurant locations.

## 401(k) PROFIT SHARING AND SAVINGS PLAN

What is your plan for retirement? We would like to help you save money toward your "golden years" by offering to match your contributions by 50% of the first 4% of your contributions. You may save from 1%-18% of your weekly earnings, TAX FREE, and you are partially vested in the employer matching funds immediately upon enrollment. If you are 21 years or older, have completed one year of employment and have worked at least 1000 hours in that one year you are eligible to enroll. Open enrollment is January 1, April 1, July 1, and October 1. Before your anniversary date, if you meet all the criteria and are interested in enrolling in the 401(k) program, ask your General Manager for a packet and enrollment form.

## HEALTH CARE BENEFITS

We sponsor a basic health care and dental assistance plan to employees with less than one year of service. Enhanced benefits are available to employees who average 30 hours or more per week and who have been employed for one year. Employee contributions are automatically deducted from your paycheck. Some of the benefits include medical, dental, chiropractic, maternity, and hospital care. Eligible employees must see their manager for information and an enrollment package. Specific questions can be directed to the Human Resources Department.

## VACATION PAY ELIGIBILITY

We are please to provide time off with pay for rest, relaxation, and rejuvenation! You will be eligible for one week vacation upon completing one year of employment and having worked an average of 35 hours or more per week during that year. Tipped employees, servers, bartenders, service assistants, and host/hostesses, will receive vacation pay at minimum wage based on the average number of hours worked per week over the last six months. Non-tipped employees will be paid at their hourly rate average (excluding overtime). After three years of full-time service, you will become eligible for two weeks of paid vacation. If you are unable to take vacation due to business needs, you will be allowed to carry-over a maximum of one week, with written approval from your General Manager.

## TRANSFERS

Employees are eligible to transfer to other restaurant locations without a break in their service record. Discuss requests for transfer with your General Manager. Your overall performance will be reviewed and your District Manager is responsible for giving final approval of the transfer.

## LEAVE OF ABSENCE

We recognize there may be a need for a medical or personal leave of absence. Under appropriate circumstances, a leave may be granted without pay. Contact your General Manager and/or the Human Resource Department for more information.

## LEAVE UNDER THE FAMILY AND MEDICAL LEAVE ACT OF 1993 (FMLA)

Eligible employees may take leave under FMLA guidelines for reasons such as a serious health condition either to you or to your spouse, children or parent. It may also be used in connection with the birth, placement, or adoption of your child. Eligibility requirements include completion of one year of employment and having worked 1,250 hours in that year. Entitlement to FMLA leave is calculated on a "rolling calendar" year. Please direct specific questions concerning leave under FMLA to your General Manager and/or the Human Resources department.

## PERSONAL LEAVE FOR JURY DUTY OR BEREAVEMENT TIME

We recognize that you may require time off for jury duty or to attend the funeral of an immediate relative of your family. Please notify your supervisor in either case and he/she will help you arrange to cover your posted work schedule. During jury service, you are expected to keep your supervisor informed daily about your jury schedule. In the case of funeral leave, you will be allowed up to three days. These types of personal leaves will be unpaid time (unless directed otherwise by State regulations).

## WORKERS' COMPENSATION
As required by law we carry workers' compensation insurance, which provides you with compensation and payment of medical bills in connection with certain work-related injuries. To ensure timely payment and reporting (according to State regulations), you must immediately report any injury to the Manager-On-Duty. If you miss work as the result of a workplace injury, you will be required to provide appropriate medical clearance before returning to work. Please note that our carrier, according the worker's compensation guidelines, will not cover an injury resulting from an intentional act of misconduct or horseplay.

## BULLETIN BOARDS
Keeping you informed in essential to open communication. Note the location of the board, which contains information such as mystery shopper scores, CSI scores, positive guest comments, company news, or exciting new benefits. Check it out from time to time!

## CREDIT UNION
With the *Corporate America Credit Union*, you can save money directly from your paycheck by using payroll deduction, make withdraws with a VISA check card, get competitive rates on loans (Auto, New Home or Home Equity), free checking (No minimum balance, 1st box checks free!), Website Banking, Telephone Teller, and Much Much More! Please ask your manager for an enrollment form and brochure.

## DISCOUNT LONG-DISTANCE SERVICE
Through an exclusive deal with *Sprint®*, Applebee's International has arranged for you and your immediate family members to "GET CONNECTED AND SAVE BIG BUCKS!" Some of the benefits include no monthly fees or minimum usage requirements, 5 cents a minute, ALL DAY, ANY DAY! Why not ask you manager for a brochure to start saving today!

## REFERRAL BONUS
Now that you are part of the team, you know what we look for when we are hiring! Here's a great way to earn some "extra bucks"! Refer a friend for hire and when they have completed their "Introductory Period", (60-days), we'll pay *YOU $50 cash*.

## APPLE B.Y.T.E
Need a new computer? How 'bout a new *Gateway®*? Ask your manager for a brochure that explains four "bundles" available: Bronze, Silver, Gold, and Laptop! You'll be on your way to surfing the net.......

# THE WAY WE WORK TOGETHER

## INTRODUCTORY PERIOD
During this period, you have an opportunity to evaluate the casual dining industry and whether or not you will be happy in customer service. We in turn will review your progress as one of the team. You will participate in a training program designed to provide you with the knowledge and skills necessary to "WOW – Every Guest, Every Time!" Over the next sixty (60) days, you will receive frequent feedback about your performance. Ask questions about anything you do not understand! This will help your success. Upon successful completion of this period, you will become a regular team member. Remember, you are employed "at-will" and either you or the company can end your employment at any time.

## DRUG-FREE AND SUBSTANCE ABUSE FREE WORK ENVIRONMENT
Doherty Enterprises, Inc. has always been committed to providing a safe and healthy work place for our employees and to provide a safe and quality product for our guests. We are committed to working with all of our team members to encourage them to be the best that they can be. Out of respect for our employees as individuals we hope to offer a helping hand to those who need it, while sending a clear message that illegal drug use and alcohol abuse are incompatible with working at Doherty Enterprises, Inc. The company does not

## DRUG-FREE WORKPLACE (cont'd)

sponsor or endorse any specific drug or alcohol treatment programs. However, these programs are available through public and private health care facilities. Affected employees are encouraged to seek assistance for themselves and their dependents. The Human Resources Department can provide further information if desired. Our overall message is the use, possession, sale, distribution, manufacture, transfer or being under the influence of alcohol or illegal drugs is prohibited while on company premises or company business. The only exception is the consumption of alcohol in moderation while off-duty and dining in a company restaurant or attending a company sponsored function. It is a violation of our policy for anyone to report to work under the influence of illegal drugs or alcohol – that is, with illegal drugs or alcohol in his/her body. Disregard for this policy will result in appropriate corrective action, up to and including discharge.

## SCHEDULE

Schedules are posted weekly and reflect the business needs of your restaurant. As needs change, management reserves the right to reassign working hours and shifts. You are responsible for working your scheduled shifts and finding a replacement if an unexpected commitment arises on a scheduled workday. Schedule changes require written management's approval. Requests for time off are to be made in writing and in advance. We encourage you to make personal appointments during non-scheduled or off days to keep scheduling changes to a minimum. Restaurant staffing needs are greatest during holidays, weekends, and social events. We will always try to comply with scheduling requests, but ask that you recognize how critical your schedule is during these peak periods.

## OVERTIME

You will be notified as far in advance as possible when overtime work is required. Overtime may not be worked without prior permission for your supervisor. Your pay for these hours will be equal to one and one-half times your regular hourly rate of pay for hours worked in excess of 40 in the work week.

## ARRIVAL AND DEPARTURE

We refer to your arrival as "Apple Time". This means allowing 15 min. before the scheduled start of your shift to say hello to your co-workers and relax before clocking in and beginning work. Never clock in or out for another employee. Changes or alterations to your computer time record are prohibited. See a manager if you see an error when reviewing your daily time record. Employees must enter and exit through the customer service entrances during hours of operation – not through the kitchen back door.

## ILLNESS

If you are ill and cannot come to work, it is your responsibility to find a replacement. Call the manager and report your absence as far as possible in advance, at least (4) hours before your scheduled shift, along with the name of your replacement. Your replacement also must call the manager and say that he/she will work for you. Always let the manager know when you plan to return and of any changes in your plan. You may be required to provide a doctor's note indicating you are able to resume work.

## TARDINESS

If you are late for your shift, you place a burden on your teammates! Tardiness is excused in the event of an emergency or situation beyond your control. Phone the manager on duty with reason and approximate arrival time. Excessive tardiness could result in termination.

## LEAVING OUR EMPLOY

If you must leave us, we request that you supply us with two-weeks notice. This allows sufficient time to hire and train a replacement and qualifies you for possible rehire.

## PAY DAYS AND PAYCHECKS

The workweek begins on Monday, ends on Sunday and you are paid for those hours worked on Friday. Paychecks may be picked up from the Manager on Duty from 2:00pm – 5:00 pm every Friday. You must sign your time record to receive your paycheck. Note that your written authorization is required to release your

7

## PAY DAYS AND PAYCHECKS (cont'd

paycheck to anyone other than you. See your manager for an explanation of your pay stub, which identifies year-to-date earnings, authorized deductions for state and federal tax contributions, as well as social security. The company is required to comply with court orders regarding withholding any amount from employee paychecks. You will be informed of any court ordered attachment.

## CHANGES TO PERSONAL INFORMATION

Please keep your manager informed of changes to state and federal deductions, address or telephone number changes.

## RATES OF PAY

We believe in providing wages and benefits, which are competitive with other restaurants in the community. We talk with other franchisees to ensure our competitiveness in both pay and benefits offered. Federal and state wage and hour laws permit restaurant companies to take credit for tips received by their employees to comply with minimum wage laws. We exercise this tip credit and, as established by law, require you to report 100% of your tips! Wages are confidential and should not be discussed with other employees.

## FAIR TREATMENT

We believe that each employee deserves to be treated with respect and in a fair manner at all times. We realize that there may be problems and we recognize the importance of clearing up any difficulties that arise. In order to do this, we must know of any problems or complaints from any employee. *NO MEMBER OF MANAGEMENT IS TOO BUSY* to hear work-related problems. If you have a problem, or complaint, you should, as promptly as possible do the following:

1. Talk to your department manager. If the problem is not resolved, talk to your General Manager.

2. When talking to your General Manager, feel free to "tell it like it is". He/she will listen in a friendly, courteous manner, because your General Manager is interested in understanding and solving your work-related problems. Generally, you and the General Manager should be able to resolve most difficulties.

3. If the problem is not resolved to your satisfaction by your General Manager, or if you feel that, you cannot discuss the problem with your General Manager, you should see your District Manager. He/she will obtain all the facts and strive to settle your problem in a fair and equitable manner. You can contact your District Manager through our Corporate Office at 201-818-4669.

4. If, after thorough discussion of the matter, you feel the problem has still not been resolved, please feel free to contact the Director of Human Resources. It is our policy to give complaints full consideration. There will be no discrimination or recrimination against any employee because of a complaint or problem that is presented. Only individuals involved in a complaint or it's resolution will have information concerning the complaint.

5. If you feel that your problem has not been addressed, you may request a meeting with the Vice President of Operations.

We are committed to our "Open Door" policy and are sincerely interested in arriving at the best possible resolution of any employee's work-related problem. No problem is too small or unimportant and will be given the utmost consideration. If need be, your "cause" may be taken to the Owner of the company, to resolve the matter to your satisfaction. Our motto is "Let's Talk About It..."

## HARRASSMENT, INCLUDING SEXUAL HARASSMENT

It is the policy of Doherty Enterprises to provide a workplace free of unlawful and improper harassment of employees by other employees or supervisors. Harassment is considered an act of misconduct and will subject an individual to disciplinary action up to and including discharge. The company will not tolerate harassment

8

## HARRASSMENT(cont'd)

in any form, including but not limited to race, religion, color, gender, national origin, age, citizenship, ancestry, familial status, veteran status, disability, sexual orientation, alienage, marital status or any other characteristic prohibited by state, Federal or local law. While it is not easy to define precisely what sexual harassment is, it certainly includes slurs, epithets, unwelcome or unsolicited verbal, physical, or sexual conduct that substantially interferes with an employee's job performance or which creates an intimidating, hostile or offensive working environment.

*Employees who feel they have been harassed should promptly notify their General Manager or the Director of Human Resources at (201) 818-4669. Additionally, if you become aware of possible harassment to others, you must immediately contact management. Every report of actual or perceived harassment will be investigated and appropriate corrective action will be taken. No one will be retaliated against for making any report under this policy.*

## EQUAL EMPLOYMENT OPPORTUNITY

Doherty Enterprises Inc. is an equal opportunity employer that does not discrimination on the basis of race, religion, color, sex, national origin, age, citizenship, ancestry, familiar status, veteran status, disability, sexual orientation, alienage, marital status or any other characteristic prohibited by Federal, state, or local law. Our management team is dedicated to insuring the fulfillment of this policy with respect to hiring, placement, selection for training, promotion, transfer, demotion, layoff, termination, recruitment, advertising, rates of pay or other forms of compensation and general treatment during employment.

## AGE REQUIREMENTS

The minimum age of employment is 18 years old. For certain positions, we may allow an age of 17. In other positions, (bartender) the law requires an age of 18. We comply with all laws relating to the employment of minors.

## TEAMWORK

Applebee's is a fun and exciting place! Consider this: "Most people spend approximately one-third of their adult life working. Therefore, we believe that anything to which a person dedicates that much of his or her life should be enjoyed!". The atmosphere is high energy but it can be high pressure too. Help your fellow employees and you're helping yourself. Adopt the following rules to get through the peak periods:
- ➢ Thank the people who assist you with guest services.
- ➢ Check your attitude. Leave your personal problems at the door so you can enjoy working with your fellow employees to serve our guests.
- ➢ Pitch in wherever needed without being asked.

*Teamwork at Applebee's is essential to guest satisfaction and everyone's morale. Help a fellow employee and watch it come back to you in a smile, help covering a shift or maybe even some extra money!*

## PERSONAL CONDUCT

Your conduct and attitude both on and off duty should be a credit to the company and your fellow team members. Demonstrate a positive professional respect for our guests, managers, and fellow employees at all times. Remember, you may be a potential guests' first impression of our restaurant. Smile and make us proud!

## THE RULES OF THE ROAD

*Chewing Gum is prohibited.*

*Visitors and Personal Phone Calls* – Visitors are inappropriate while working. Please ask friends and/or family to remain outside until you have completed your shift. Personal telephone calls will not be accepted and will be limited to emergencies only. **Business phones are for our guests and business purposes only.**

9

*Cellular Telephones and Beepers may not be worn when at work.*

*Personal Property* – We reserve the right to inspect packages, backpacks, handbags etc. when brought onto company property, with or without notice. We cannot guarantee the protection of your property, but we will take strong legal action against those who are caught in the act of theft. Bringing personal property to work is at your own risk.

*Park* in designated spaces identified by your manager to leave the most convenient spaces for our guests.

*Eating, Drinking or Smoking* must be done in designated areas during breaks approved be a manager. There is to be no smoking by employees in the restaurant.

*Cleanliness* and sanitation standards will be part of your training. Equipment and work areas must be maintained to guarantee clean and sanitary conditions.

*Confidentiality* – We respect your right to privacy and will not release personal information to outsiders. Our daily sales and other financial data are confidential, and should not be discussed. Do not give information to radio, television, magazine, or newspaper personnel. Direct inquiries to your General Manager or the corporate office.

*SOLICITATION* or distribution of literature by employees or non-employees on company property or on company time is prohibited.

## OUR CODE OF CONDUCT

To function effectively as a team, every organization must develop guidelines to protect its guests and to ensure that team members and company rights are respected. Generally, conduct that is disruptive, unproductive, immoral, unethical, or illegal will not be tolerated.

The following are some, but not all, of examples of conduct that will lead to corrective action, the severity of which could result in termination. Doherty Enterprises will consider an employee's job performance, prior violation of our Code of Conduct, and other relevant circumstances in determining whether to counsel, warn, suspend, or discharge an employee.

1. Insubordination.
2. Violation of our Drug-Free Workplace policy.
3. Fighting, using abusive language or the threat of bodily harm to co-workers or guests.
4. Waste, willful or careless destruction of company property or to that of another employee or guests
5. Theft, dishonesty, falsifying records, or mishandling of company funds.
6. Discussion of tips with guests.
7. Failure to show up for a shift without notification.
8. Excessive tardiness.
9. Horseplay or willful disregard for safety or operating rules.
10. Carrying or possessing weapons of any kind on company premises or while engaged in Company business off the premises.
11. Gambling in any form by employees on restaurant premises or while on company business is prohibited.
12. Unauthorized recording of conversations on the Company's premises or while engaged in any assignment.
13. Serving alcoholic beverages to minors under the age 21.
14. Selling tobacco to minors under the age of 18.

## SAFETY

Doherty Enterprises is committed to maintaining a safe environment for its guests and employees. The time to prevent an accident is before it happens. Safety is everyone's job and is a regular part of your restaurant's operation.

Please follow these simple safety rules:
- No visitors or guests may enter the back of the house (kitchen) unless accompanied by a manager.
- Do not operate machines or equipment until you have received proper training on their operation.
- Horseplay, throwing things in the walkways or kitchen, distracting employees at work or unnecessary shouting is prohibited.
- Running in the back of the house is, "An Accident Waiting To Happen". DO NOT RUN!
- "Clean as you go....", wipe up spills immediately.
- Report any defective tool or equipment to a manager immediately.
- Use proper lifting techniques at all times and ask for assistance when the object is too heavy for one person to lift. Remember to lift with your back straight. Use your legs, not your back.
- Wear Applebee's issued hats in all food preparation areas. Wear proper safety gloves with all knifes and slicing machines.
- Injuries, which occur from horseplay, willful acts, or intentional misuse of equipment, will result in disciplinary action depending upon the circumstances. Additionally, please note that insurance coverage of these acts is at the discretion of our workers' compensation insurance carrier.

## FIRST AID AND EMERGENCIES

Accidents, no matter how minor they may seem, must be reported to the manager on duty. In an emergency such as choking guest or employee, notify a manager immediately. Only managers are responsible for administrating any necessary First Aid, CPR, or choking procedures.

## FIRE PROTECTION

There are several fire extinguishing systems in the ducts, hoods, over the ranges, fryers, and broilers that contain a dry chemical. Pulling the ring attached to the system can immediately activate them. There are hand held CO2 systems in the kitchen and behind the bar. Know the location and proper use of this equipment.

## CRIME

Statistics show that those who resist robbery are three times more likely to be injured than non-resisters. In the event your restaurant is victimized by a robbery, the safety of employees and guests is the most important consideration. Always cooperate fully and do not resist the robber(s). *We are not looking for heroes.*

---

### "WOW-ING" OUR GUESTS !

---

## GUEST COMPLAINTS

On occasion, a guest may be dissatisfied with his/her food, beverage, or service. We take the position that the guest is always right. Remember: *if the guest did not think the complaint was valid, he/she would not have voiced it.* Handle complaints in a positive professional manner. Follow these steps:

- Notify the manager immediately
- Never argue with a guest
- Remove the item
- Ask what you can do to correct the situation

| *Rule No. 1* | *Rule No. 2* |
|---|---|
| *The Guest Is Always Right!* | *If you don't think the Guest Is Always Right, Re-read Rule No. 1!* |

## TELEPHONE AND GUEST COURTESY
Answering the phone is everyone's responsibility. Answer promptly (within two rings) and politely: *"Good (morning, afternoon, evening), thank you for calling Applebee's of (state your location), this is (your name). How may I help you?"*
Refer questions you cannot answer to the manager. Never put someone on hold for more than one minute. Be sure to thank the caller.

## LIQUOR LIABILITY
We encourage our guests to "enjoy in moderation", but if a guest shows signs of intoxication, the manager needs to get involved immediately. It is our concern to protect our guests against causing harm to themselves or others while under the influence of alcohol. We train Responsible Service of Alcohol to employees involved with guest interaction. Our policy prohibits serving alcohol beverages to any guest who is visibly intoxicated. As a service to our guest and for the safety of the community, we will provide taxi service for intoxicated guests. Notify a manager immediately if this situation arises.

## LOST & FOUND
The company accepts no responsibility for lost articles, but will seek to protect found articles. If you find something left by a guest or employee, take it to the manager who will lock it up. All inquires regarding lost items should be referred to a manager.

## GUEST DRESS CODE
Local health code requires both shirt and footwear. Notify management of any unusual dress on the part of a guest.

## APPEARANCE AND GROOMING STANDARDS

Your goal is to maintain a professional image. Part of your job responsibilities include maintaining certain standards of personal hygiene, grooming and uniform maintenance. Your appearance makes a lasting impression on our guests and your teammates. Take pride in how you look! You will receive at least two, new clean polo shirts and one apron if you work part-time, and three new clean polo shirts in the correct size and two aprons if you work full-time.

### *WE EXPECT YOUR UNIFORM TO BE CLEANED, AND PRESSED WHEN YOU ARRIVE FOR YOUR SHIFT!*

## FRONT OF HOUSE DRESS:
## SERVER, BARTENDER, HOST/HOSTESS, AND SERVICE ASSISTANTS

*SHIRT* – Applebee's logo golf or Applebee's logo rugby shirt. No other type of shirt is to be worn under or over the golf or rugby shirt. Two or three shirts are provided, depending upon your status of being full or part time. Additional shirts may be purchased from your manager. Note that we frequently offer beverage promotions and will provide you with a special shirt to correspond with this promotion.

*SWEATER* – Applebee's logo pullover sweaters may be worn over a golf or rugby shirt in cooler weather. A black or navy non-logo sweater is also acceptable. However, a sweater cannot be worn without a golf or rugby shirt underneath.

*PANTS* – Khaki colored or navy blue pants *only*. No jeans corduroys, wide leg, big pockets, side pockets, no patterned (plaid, stripped or checked) pants. No stitched pockets, elastic waistbands, or any other fashion trends that are supposedly "in".

*SKIRT* – Woman – Khaki colored or navy blue shorts, not more than 2" above the knee. The same criteria for style as pants requirement noted above.

12

*SHORTS, WALKING STYLE* – khaki or navy blue shorts, not more then 2" above the knee. The same style criteria as for pants noted above. Shorts may be worn as long as the weather is warm and at the management's discretion.

NOTE: Belt is required if pants, skirt or shorts are made with belt loops.

*APRON – SERVERS:* A dark blue Applebee's apron will be provided. If dirty when you start the shift, you may purchase a new apron from your manager.

*SHOES* – Clean, polished closed-toe black leather shoe or black leather sneakers. No suede, boots, high heels, clogs, etc. Shoes with highly visible "logo's or accent colors are unacceptable. Your manager can provide you with an excellent source for purchasing the proper footwear from *"Shoes for Crews®"*.

*SOCKS* – Appropriate socks, white or dark, and socks that match the shirt may be worn. Woman: Suntan hosiery may be worn.

*JEWELRY* – Rings in the nose, eye-lid, lip (or other areas visible to the guest) are not allowed. This includes tongue piercing, which can be seen by guests during normal conversation. Earrings that are a normal or conservative size can be worn in your ear lobes. Tattoos must be out of a guests' view while wearing your uniform.

*HAIR* – Woman: Long hair must be tied back. Men: Hair must be above the collar or tied back if longer. No inappropriate hairstyles or extreme styles or colors will be allowed.

*GROOMING* – Good personal hygiene is expected, along with clean nails, appropriate make-up, and well-groomed hair. Maintaining high standards reflects the importance of your position, how you feel about yourself and your guests, as well as the company. Beards, mustaches, and goatees are acceptable if well groomed.

*NAMETAG* – A nametag must be worn while on duty. It is part of your uniform! Please limit Applebee's promotional buttons or lapel stickers (nametags included) to a maximum of three at a time.

## BACK OF THE HOUSE:
## KITCHEN DRESS CODE

*SHIRT* – Applebee's kitchen T-shirt or Applebee's logo shirt. No other shirt is to be worn under or over the Applebee's shirt. Two or three shirts are provided, depending upon your status of being full or part time. Additional shirts may be purchased from your manager.

*PANTS* – Dark blue or black slacks or jeans are acceptable. No soiled or ripped jeans.

*APRON* – Bib apron provided.    *HAT* – One Applebee's baseball cap provided and is to be worn with the brim in front or "catcher-style", not with the brim to the side!

*SHOES* – Dark leather or leather tennis shoes are required. Choose the proper type of soles for slippery kitchen floors. Shoes with highly visible "logo's or accent colors are not acceptable. Your manager can provide you with an excellent source for purchasing the proper footwear from *"Shoes for Crews®"*. No sandals, boots, high-heels, or clogs are acceptable.

*JEWELRY* – **FOR YOUR OWN SAFETY** it is better not to wear jewelry. Rings and dangling necklaces or bracelets can easily be caught in the kitchen machinery, possibly causing injury to you. Jewelry is acceptable but we prefer if you do not wear it. Rings in the nose, eye-lid, lip (or other visible areas) are not allowed. This includes tongue piercing and visible body tattoos.

*HAIR* – Long hair must be kept under the hat either tied back in a ponytail or pinned up. No loose strands hanging around the face or neck. This is required by health codes. Exceptions will be reviewed on a case—case basis. Beards, mustaches, and goatees are acceptable if well groomed. No extreme hairstyles will be allowed due to health reasons.

*GROOMING* – Good personal hygiene is expected, along with clean nails, appropriate make-up, and well-groomed hair. Maintaining high standards reflects the importance of your position. how you feel about yourself and your guests, as well as the company.

## A FEW CLOSING WORDS......

Our overall philosophy is predicted upon employee performance attaining the highest standards of <u>QUALITY</u>, <u>SERVICE</u>, <u>CLEANLINESS</u>, <u>VALUE</u>, AND <u>COURTESY.</u> The primary objective is to attain excellence in every facet of the business. We aspire to be recognized as premier in fulfilling our objectives to all constituencies. Achievement of this objective requires commitment by each individual employee. Consistently maintaining high standards of business conduct, ethics, and social responsibility is essential. All employees are expected to demonstrate high levels of integrity and objectively, unencumbered by conflicting interests in all decisions and actions affecting the corporation. Corporate policies governing the business conduct of employees will serve as a minimum standard of performance. As a condition of employment, we will strictly enforce a drug free and substance abuse free work environment and a standard against, theft of money, goods., or services as well as falsification of any records. Disregard for any of these conditions will result in termination of employment.

**THIS CONCLUDES OUR WORKING TOGETHER GUIDELINES.**

*ENJOY YOUR TRAINING, ASK LOTS OF QUESTIONS AND REMEMBER TO:*

# "WOW" EVERY GUEST, EVERY TIME !
# "WOW" EVERY GUEST, EVERY TIME !

## EMPLOYEE HANDBOOK RECEIPT

(Company Copy – To Be Detached and Placed In Your Personnel File)

I certify that I have received a copy of the Applebee's Employee Handbook. I further agree to abide by statements and policies contained therein.

I understand that the policies set forth in this handbook may be changed by Doherty Enterprises, Inc., at any time, for any reason, without consulting anyone, with or without notice to the employees.

There is no promise of any kind by Doherty Enterprises, Inc. in this manual.

Nothing in this handbook is intended to create an employment relationship or contract for any definite time, nor shall anything in this handbook be interpreted as a waiver by Doherty Enterprises, Inc. of it's rights to terminate any employee at any time, with or without cause. You may also terminate your employment with us at any time. All employees are employed at the will of Doherty Enterprises, Inc.

Employment is governed only by the terms of the company employment policies that are currently in effect. No person other than the president of Doherty Enterprises, Inc. has the authority to make representations to the contrary.

_____   _____   _____
Name (Please Print)                Signature                         Date